IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN JUNIOR BLOUNT, | ) | Civil Action No. 7:05-CV-00327 |
|    Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Hon. Glen E. Conrad |
| R. BOYD, ET AL., | ) | United States District Judge |
|    Defendants. | ) | |

Plaintiff John Junior Blount, a Virginia inmate proceeding pro se, brought an action under the Civil Rights Act, 42 U.S.C. § 1983, with jurisdiction vested under 28 U.S.C. § 1343. On June 9, 2005, this court directed Blount to pre-pay the filing fee or sign and return his application to proceed in forma pauperis within twenty (20) days or risk dismissal of this action. Blount has not complied with this order. Therefore, this court dismisses this petition without prejudice for failure to comply with a court order. If Blount wishes to pursue this matter he may refile the complaint with the required information. An appropriate order will be entered this day.

ENTER: This 7th day of July, 2005.

                                        /s/ Glen E. Conrad
                                  UNITED STATES DISTRICT JUDGE